IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEAN CAROLYN JACOBS,** | * | |
| **Plaintiff** | * | |
| | * | **Case No.** |
| v. | * | **(Baltimore City Circuit Court)** <br> **(Case No. 24-C-20-005029 OT)** |
| **NISSAN NORTH AMERICA, INC.,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Nissan North America, Inc. ("Nissan"), by counsel, reserving all defenses and objections, respectfully removes this action to the United States District Court for the District of Maryland. As grounds for removal, Nissan states as follows:

1. On December 7, 2020, Plaintiff, Jean Carolyn Jacobs filed a one-count Complaint in the Circuit Court for Baltimore City, Maryland (the "Circuit Court"), styled as Jean Carolyn Jacobs v. Nissan North America, Case No.: C-23-CV-22-000050, a copy of the Complaint is attached as **Exhibit 1**. *See also* **Exhibit 2**, the case information sheet from the Maryland Courts website.

2. The Complaint was served on Nissan on January 19, 2021. *See* **Exhibit 2.** Plaintiff filed a Request for Order of Default which was denied by the Circuit Court on March 23, 2021. *Id.* Plaintiff filed a Motion for Reconsideration on April 2, 2021. The Motion for

0170268;1

Reconsideration was denied on April 28, 2021.  Plaintiff noted an appeal of the denial of the Request for Order of Default to the Court of Special Appeals of Maryland on May 11, 2021.  *Id.*  On December 23, 2021, the Court of Special Appeals of Maryland dismissed the appeal.  *See* **Exhibit 3,** Mandate of the Court of Special Appeals of Maryland.  On March 8, 2022, the Court of Appeals of Maryland acknowledged receipt of Plaintiff's Request for Writ of Certiorari.  *See* **Exhibit 2**.  On June 22, 2022, the Court of Appeals of Maryland denied Plaintiff's Petition.  *Id.*

    3.    On July 11, 2022, Plaintiff filed a Fourth Request for Motion for Final Judgment to be Entered.  *Id.*  The Circuit Court denied the request and ordered counsel for Nissan to file a pleading with the Circuit Court stating: "whether Defendant will waive service and file a responsive pleading to Plaintiff's Complaint."  *See* **Exhibit 4**, June 29, 2022 Order of Court.  On August 2, 2022, Nissan filed a Line with the Circuit Court stating it would accept service of process through service to undersigned counsel.  *See* **Exhibit 5**, Defendant's Line time/date stamped August 2, 2022.  On August 24, 2022, Plaintiff filed a request to reissue summons and served same upon undersigned counsel August 25, 2022[1].  A copy of the request to reissue summons, complaint and related documents is attached hereto as **Exhibit 6**.

    4.    On August 30, 2022, the Circuit Court issued a writ of summons.  *See* **Exhibit 7**, writ of summons, complaint and related documents.  Service of the writ of summons, complaint and related documents was made by Baltimore City Sheriff on or about September 9, 2022.

---

[1] The writ of summons from the Circuit Court was not included in the mailing received by Nissan's counsel on August 25, 2022.  In fact, the writ of summons had not been issued by the Circuit Court.  Maryland Rule 2-121 requires service of a copy of the writ of summons to effect service.  While Nissan acknowledges receipt of Plaintiff's mailing of the complaint on August 25, 2022, service was deficient and not perfected until the writ of summons was served upon Nissan's counsel.

5. A Notice of Filing of Notice of Removal has been filed with the Circuit Court for Baltimore City contemporaneously herewith. A copy of the Notice of Filing of Notice of Removal is attached as **Exhibit 8**.

## FACTS IN SUPPORT OF REMOVAL

6. This notice of removal is being filed within thirty (30) days after the Plaintiff's service on Defendant of a copy of a Writ of Summons and Complaint, and is, therefore, timely under 28 U.S.C. § 1446(b).

7. According to the Complaint, Plaintiff is an individual domiciled in, and therefore a citizen of, the State of Maryland.

8. The Defendant, at the time of the filing, service and now, is a corporation domiciled in, and therefore a citizen of, the State of Tennessee.

9. This Court has jurisdiction over the above-described action pursuant to 28 U.S.C. §§ 1332(a) and 1441(a) because there is diversity of citizenship between the parties.

10. Based on the allegations in the Complaint, the amount in controversy in this matter exceeds the sum of $75,000.00, exclusive of interest and costs, and thus exceeds the threshold applicable to diversity jurisdiction under 28 U.S.C. §1332(a).

11. There is complete diversity of citizenship among the parties and this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332. Further, the Defendant is not a citizen of the State of Maryland.

12. The Northern Division of the United States District Court for the District of Maryland is the division and district within which Baltimore City, Maryland, where Plaintiff filed the Complaint, is located. 28 U.S.C. §§ 1441(a) and 1446(a).

13. Based on the allegations in the Complaint, venue is proper under 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions allegedly giving rise to the claim occurred in Montgomery County.

14. Under 28 U.S.C. §1446(a), true and legible copies of all process, pleadings, papers and orders that have been served upon Defendant are included in the aforementioned **Exhibits 6-7**.

15. For the above reasons, Defendant removes this action from the Circuit Court for Baltimore City, Maryland, to the United States District Court for the District of Maryland.

16. By filling this Notice of Removal, Defendant does not waive, and fully reserves, all rights and defenses that may be available to it in this action.

WHEREFORE, Defendant, respectfully submits that this action is properly removable and requests that this Court retain jurisdiction over the same.

Respectfully submitted,

\_\_\_\_\_/s/ Steven R. Freeman_____
Steven R. Freeman (Federal Bar #02927)
Lee B. Rauch (Federal Bar #12135)
Coriolanus A.J. Ferrusi (Federal Bar #25131)
Freeman Rauch, LLC
409 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 842-6600 - phone
(410) 825-1316 - fax
srf@freemanrauch.com
lbr@freemanrauch.com
caf@freemanrauch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served this 26th day of September 2022, via First-Class mail, postage prepaid to: Jean Carolyn Jacobs, 4804 Teal Wing Court #203, Columbia, MD 21045, Plaintiff, *pro se*.

                                                    ___/s/Steven R. Freeman_____
                                                    Steven R. Freeman