IN THE CIRCUIT COURT FOR BALTIMORE CITY

| | | |
|---|---|---|
| JEAN CAROLYN JACOBS | * | CIVIL ACTION    CIVIL DIVISION |
| | * | NO.: 24-C-20-005029 OT |
| Plaintiff | * | |
| | * | RECEIVED |
| | * | JAN 15 2021 |
| v. | * | Baltimore City Sheriff's |
| | * | |
| NISSAN NORTH AMERICA, | * | |
| INC., ET. AL. | * | |
| Defendant | * | |
| Nissan North America, Inc. | * | |
| One Nissan Way | | |
| Franklin, TN 37067 | * | |
| | * | |
| | * | |
| Resident agent | | |
| CSC-Lawyers Incorporation Service | * | |
| COMPAN | | |
| 7 St. Paul Street | * | |
| Suite 820 | | |
| Baltimore, MD 21202 | * | |
| Attorney(s) for Defendant Nissan | | |
| North America, Inc. et. al. | * | |

*********************************************************************

COMPLAINT

Jean Carolyn Jacobs, Plaintiff, sues the defendant, Nissan North America, Inc. et. al., and in support, states as follows:

PREAMBLE

1. Jean Carolyn Jacobs, the Plaintiff, is a resident of Maryland.



1

258/27

2. Nissan North America, Inc., et. al. is engaged in business in Baltimore City, Maryland.
3. This action arises from a car accident in the 2013 Nissan Sentra which occurred on May 9, 2018, in Silver Spring, Maryland.

STATEMENT OF FACTS

4. On May 9, 2018, the Plaintiff, Jean Carolyn Jacobs, was injured in a car accident by a young man driving a SUV.
5. Plaintiff's head hit the steering wheel constantly and the airbags did not deploy in which the Plaintiff sustained severe injuries, pain and suffering.

COUNT ONE

Plaintiff, Jean Carolyn Jacobs realleges and incorporates by reference all those facts and allegations in paragraphs 1 through 5 above and further alleges:

6. The collision was due to the negligence of the Defendant, Nissan North America, Inc., et.al., for that among other acts and omissions the Defendant:
    a. Produced poorly designed and defective airbags in the 2013 Nissan Sentra;
    b. Failed to honor their duty to their customers to affirm that their products, the airbags, are safe;
    c. Breached their duty of care which caused the Plaintiff injuries when the Plaintiff was injured in the car accident due to the defective airbags;
    d. Failed to exercise reasonable care in their products which resulted in the Plaintiff's injuries and vehicle recall;
    e. In other respects, not now known to the Plaintiff but which may become known before or at the time of trial.
7. As a direct and proximate result of the negligence of the Defendant, the Plaintiff:
    a. suffered serious, painful bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress;
    b. was, is and will be required to undergo medical treatment and to incur medical costs and expenses to alleviate injuries, pain and suffering;
    c. was, is, will be precluded from engaging in normal activities and pursuits, including the loss of ability to earn money and of actual earnings;
    d. and, otherwise was hurt, injured, and caused to sustain losses.
8. All of the Plaintiff's losses were, are and will be due to the negligence of the Defendant, Nissan North America, Inc., et. al., without any negligence or want of due care on the Plaintiff's part contributing to the harm done.

WHEREFORE, these Plaintiffs claim FIVE MILLION SIX HUNDRED THOUSAND DOLLARS ($5,600,000.00) in damages.

Respectfully submitted,

_____
Jean Carolyn Jacobs
4804 Teal Wing Court #203
Columbia, MD 21045
(443) 472-6856
faithfulPhoebe@aol.com