IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEAN CAROLYN JACOBS,                    *

    Plaintiff,                          *

v.                                      *      Civil Action No. GLR-22-2437

NISSAN NORTH AMERICA, INC.,             *

    Defendant.                          *

                               *

***

## <u>ORDER</u>

Upon consideration of Plaintiff Jean Carolyn Jacobs's unopposed Motion for Leave to File an Amended Complaint (the "Motion") (ECF No. 37) it is this 9th day of January, 2024 by the United States District Court for the District of Maryland hereby:

ORDERED that Jacobs's Motion (ECF No. 37) is GRANTED;

IT IS FURTHER ORDERED that Defendant Nissan North America, Inc. shall ANSWER the Complaint according to the Federal Rules of Civil Procedure and the Local Rules of this Court; and

IT IS FURTHER ORDERED that pursuant to District of Maryland Local Rule 103.6(a), the Amended Complaint submitted with the Motion is accepted for filing and deemed filed and served as of January 9, 2024.

                                            /s/
                                George L. Russell, III
                                United States District Judge