
**JOHNS HOPKINS**
MEDICINE

## This is Your After Visit Summary

**This summary was prepared for Jean Carolyn Jacobs,**

Thank you for choosing Johns Hopkins Medicine for your health care. This summary contains important information about your visit today, including your diagnoses, medications, tests ordered, future appointments and other instructions. Please read it carefully and contact us if you have any questions.

If you want a copy of your medical records:
- You can see your test results and summary of this visit in your online record (MyChart).

- Call the Health Information Management (medical records) office at 410-955-6044 or 410-955-6043.

### Call Your Primary Care Provider First
If you are sick, not feeling well, or injured between your regularly scheduled visits, call your primary care provider first. Your primary care provider knows you and can offer advice and treatment options, and may be able to see you for either a same-day, weekend or evening appointment.

### MyChart Proxy Access
You can allow family members or others to access your medical information in MyChart using their own username and password. They don't need to be a Johns Hopkins Medicine patient. Please ask your clinical office or hospital unit staff for a Proxy Access authorization form.

Your provider may have ordered lab tests today. Please contact our office if you do not receive results within 2 weeks after getting the tests.