# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JEAN CAROLYN JACOBS,                    *

    Plaintiff                           *

                                        *          Case No.: 1:22-cv-02437-GLR

                                        *

v.                                      *

NISSAN NORTH AMERICA, INC.,             *

    Defendant                           *

  *    *    *    *    *    *    *    *    *    *    *    *    *

## REQUEST FOR FEDERAL JUDGE TO PRESIDE OVER THE HEARING TRIAL BY THE COURT

**COME NOW**, Pro Se, Jean C. Jacobs, requesting for the Honorable Federal Judge George L. Russell, III to preside over the hearing, Jean Carolyn Jacobs vs. Nissan North America, Inc.

Plaintiff is not requesting for a jury trial under Fed. R. Civ. P. Rule 38 Right to a Jury Trial; Demand. Plaintiff is requesting a hearing by the Honorable Federal Judge George L. Russell, III under Fed. R. Civ. P. 39 By the Court, to preside over this hearing. Fed. R. Civ. P. 39(a)(1) "the parties or their attorneys file a stipulation to a nonjury trial or so stipulate on the record".

Respectfully Submitted,

Jean C. Jacobs
4804 Teal Wing Court #203
Columbia, MD 21045
(443) 472-6856
faithfulPhoebe@aol.com

**HD**

**AR**

Rcv'd by: _____

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEAN CAROLYN JACOBS,** | * | |
| **Plaintiff** | * | |
| | * | **Case No.: 1:22-cv-02437-GLR** |
| **v.** | * | |
| **NISSAN NORTH AMERICA, INC.,** | * | |
| **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February 2024, a copy of the foregoing Request for Federal Judge to Preside Over the Hearing Trial By the Court was mailed first class mail, certified return receipt to Steven R. Freeman, Lee B. Rauch, Coriolanus A.J. Ferrusi, Freeman Rauch LLC, 409 Washington Avenue, Suite 200, Towson, Maryland 21204.

_____
Jean C. Jacobs
4804 Teal Wing Court #203
Columbia, MD 21045
(443) 472-6856
faithfulPhoebe@aol.com