IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEAN CAROLYN JACOBS,** | * | |
| **Plaintiff** | * | |
| v. | * | **Case No.: 1:22-cv-02437-BPG** |
| **NISSAN NORTH AMERICA, INC.,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### Defendant's Response too Motion for Summary Judgment

Defendant, Nissan North America, Inc., ("Defendant" or "Nissan"), by counsel, hereby answers the Motion for Summary Judgment and states:

The Plaintiff has failed to state any facts in support of her Motion for Summary Judgment.

WHEREFORE, the Defendant prays:

1. That the Motion for Summary Judgment be denied; and

2. For such other and further relief as the nature of its cause may require.

Respectfully submitted,

/s/ Steven R. Freeman
Steven R. Freeman (AIS# 8212010138)
Jeffrey P Nesson (AIS 8306010222)
Justin P. Breidenstein (AIS# 2012170156)
Freeman Associates, LLC
409 Washington Avenue, Suite 200

0194655;1

Towson, Maryland 21204
(410) 842-6600
srf@freemanlaw.us
jpb@freemanlaw.us
jpn@freemanlaw.us
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2024, a copy of the foregoing Answer to Motion for Summary Judgment and Memorandum in Support were served via the first-class mail, postage prepaid, to the following:

Jean Carolyn Jacobs
4804 Teal Wing Court #203
Columbia, Maryland 21044
*Plaintiff, pro se*

/s/ Jeffrey P Nesson
Jeffrey P Nesson

0194655;1                                   2