IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEAN CAROLYN JACOBS,** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: 1:22-cv-02437-BPG |
| **NISSAN NORTH AMERICA, INC.,** | * | |
| **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**</u>

Upon consideration of Plaintiff's Motion for the Court to Grant Summary Judgment to the Plaintiff and the response thereto, the Court having determined that Motion is deficient, it is ORDERED, That the Motion is DENIED.

cc:

Plaintiff

Defendant's Counsel

0194706;1