## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEAN CAROLYN JACOBS,** | * |
| **Plaintiff** | * |
| v. | *   Case No.: 1:22-cv-02437-BPG |
| **NISSAN NORTH AMERICA, INC.,** | * |
| **Defendant** | * |

\* * * * * * * * * * * * *

### ORDER GRANTING MOTION TO STRIKE "UPHOLDING AND APPLYING THE RULES OF LAW"

Upon consideration of the Motion to Strike paper titled "UPHOLDING AND APPLYING THE RULES OF LAW" and response thereto it any, it is

**ORDERED,** That the paper docketed at #47 is hereby STRICKEN.

Cc:
Plaintiff
Defendant's Counsel

0194692;1