# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEAN CAROLYN JACOBS,** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:22-cv-02437-BPG |
| **NISSAN NORTH AMERICA, INC.,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## Amended Defendant's Response to Motion for Summary Judgment

Defendant, Nissan North America, Inc., ("Defendant" or "Nissan"), by counsel, hereby answers the Motion for Summary Judgment and states:

The Plaintiff has failed to state any facts in support of her Motion for Summary Judgment.

WHEREFORE, the Defendant prays:

1. That the Motion for Summary Judgment be denied; and
2. For such other and further relief as the nature of its cause may require.

Respectfully submitted,

/s/ Steven R. Freeman
Steven R. Freeman 02927
Jeffrey P Nesson  Bar #02512
Freeman Associates, LLC
409 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 842-6600
srf@freemanlaw.us

0194655;2

jpn@freemanlaw.us
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2024, a copy of the foregoing Answer to Motion for Summary Judgment and Memorandum in Support were served via the first-class mail, postage prepaid, to the following:

Jean Carolyn Jacobs
4804 Teal Wing Court #203
Columbia, Maryland 21044
*Plaintiff, pro se*

/s/ Jeffrey P Nesson
Jeffrey P Nesson