| | | |
|---|---|---|
| JEAN CAROLYN JACOBS, | * | IN THE |
| *Plaintiff,* | * | CIRCUIT COURT |
| v. | * | FOR |
| NISSAN NORTH AMERICA, INC., | * | BALTIMORE CITY |
| *Defendant.* | * | CASE NO. 24-C-20-005029 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter comes before the Court on *pro se* Plaintiff Jean Carolyn Jacobs's third request for motion for final judgment to be entered. (Docket Entry No. 15.) No final judgment can be entered as the record does not contain proof that Defendant Nissan North America, Inc. was served as required by Md. Rule 2-126. Plaintiff pursued an appeal to the Court of Special Appeals and the Court of Appeals. On appeal, Defendant was represented by counsel and filed a brief. Accordingly, it is this 29th day of June 2022, hereby

**ORDERED** that Plaintiff's motion for entry of final judgment is **DENIED**; and it is further

**ORDERED** that the Clerk is directed to forward a copy of this Order to:

Steven R. Freeman, Esquire
Freeman Rauch, LLC
409 Washington Avenue, Suite 200
Towson, Maryland 21204
Appellate counsel for Nissan North America, LLC; and it is further

**ORDERED** that within twenty (20) days of entry of this Order counsel shall file a pleading with the Clerk stating whether Defendant will waive service and file a responsive pleading to Plaintiff's Complaint.

TRUE COPY TEST

Marilyn Bentley 6/29/22

MARILYN BENTLEY, CLERK

JUDGE JOHN S. NUGENT
THE JUDGE'S SIGNATURE APPEARS ON THE ORIGINAL DOCUMENT