| | | |
|---|---|---|
| JEAN CAROLYN JACOBS, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| NISSAN NORTH AMERICA, INC., | * | BALTIMORE CITY |
| Defendant. | * | Case No. 24-C-20-005029 |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>LINE</u>**

In accordance with this Court's order (docket no. 15/1), this line is filed to state that Defendant, Nissan North America, Inc., is willing to accept service of process through service to its undersigned counsel, reserving all defenses, with a response to be filed after service is made.

Respectfully submitted,

/s/ Steven R. Freeman

Steven R. Freeman (AIS #8212010138)
Freeman Rauch, LLC
409 Washington Avenue, Suite 200
Towson, Maryland 21204
Phone: (410) 842-6600
Fax: (410) 825-1316
srf@freemanrauch.com

*Attorneys for Defendant*
*Nissan North America, Inc.*

0165932;1     1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28 day of July, 2022, a copy of the foregoing Line was served via first class mail, postage prepaid on Jean Carolyn Jacobs, 4804 Teal Wing Court #203, Columbia, MD 21045, Plaintiff, *pro se*.

*/s/*
Steven R. Freeman