# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEAN CAROLYN JACOBS, | * |
|     Plaintiff | * |
| v. | *    Case No.: 1:22-cv-02437-BPG |
| NISSAN NORTH AMERICA, INC., | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED MOTION TO STRIKE
## "UPHOLDING AND APPLYING THE RULES OF LAW"

The Plaintiff filed as an attachment to her Motion for Summary Judgment a document titled as "Upholding and Applying the Rules of Law". No such motion exists. The Plaintiff merely reiterates the same arguments concerning service which have already been resolved. Further, the Plaintiff incorporates statements which took place during mediation which are confidential and inadmissible.

**WHEREFORE,** the Defendant requests that the paper titled "UPHOLDING AND APPLYING THE RULES OF LAW" be stricken.

Respectfully submitted,

/s/ Steven R. Freeman
Steven R. Freeman Bar #
Jeffrey P Nesson Bar # 02512
Freeman Associates, LLC
409 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 842-6600
srf@freemanlaw.us
jpn@freemanlaw.us
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February, 2024, a copy of the foregoing Motion to Strike UPHOLDING AND APPLYING RULE OF LAW was served via the first-class mail, postage prepaid, to the following:

>	Jean Carolyn Jacobs
>	4804 Teal Wing Court #203
>	Columbia, Maryland 21044
>	*Plaintiff, pro se*

/s/ Jeffrey P Nesson
Jeffrey P Nesson
