IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEAN CAROLYN JACOBS,** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: 1:22-cv-02437-BPG |
| **NISSAN NORTH AMERICA, INC.,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION TO STRIKE "UPHOLDING AND APPLYING THE RULES OF LAW"**

Upon consideration of the Amended Motion to Strike paper titled "UPHOLDING AND APPLYING THE RULES OF LAW" and response thereto it any, it is

**ORDERED,** That the paper docketed at #47 is hereby STRICKEN.


Cc:
Plaintiff
Defendant's Counsel