IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEAN CAROLYN JACOBS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-22-2437 |
| NISSAN NORTH AMERICA, INC., | * | |
| Defendant. | * | |

\*\*\*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 20th day of June, 2024, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendant Nissan North America, Inc.'s ("Nissan") Motion to Dismiss (ECF No. 40) is DENIED AS MOOT;

IT IS FURTHER ORDERED that Plaintiff Jean Carolyn Jacobs' Motion for Summary Judgment (ECF No. 45) is DENIED;

IT IS FURTHER ORDERED that Nissan's Motion for Judgment on the Pleadings (ECF No. 43) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that Nissan's Motion for Judgment on the Pleadings is GRANTED insofar as the Court dismisses the allegations concerning the seatbelts, steering column, and miscellaneous "faulty equipment;"

IT IS FURTHER ORDERED that Nissan's Motion for Judgment on the Pleadings is DENIED insofar as the claims related to the airbag system will go forward;

IT IS FURTHER ORDERED that Nissan's Motion to Strike (ECF Nos. 49, 51) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that Nissan's Motion to Strike is GRANTED insofar as it seeks to strike specifics of settlement discussions from the "Upholding and Applying the Rules of Law" document (ECF No. 47);

IT IS FURTHER ORDERED that the Clerk shall SEAL the "Upholding and Applying the Rules of Law" document (ECF No. 47);

IT IS FURTHER ORDERED that Nissan's Motion to Strike is otherwise DENIED;

IT IS FURTHER ORDERED that Nissan is directed to ANSWER the remaining counts of the Amended Complaint in accordance with the Federal Rules and the Local Rules of this Court; and

IT IS FURTHER ORDERED that the Clerk is directed to MAIL a copy of this Order to Jacobs and counsel of record.

/s/
George L. Russell, III
United States District Judge